SCWC-10-0000105

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SUNG SIK CHOI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000105; FC-CR NO. 10-1-1375)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Chang, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Sung Sik Choi's application

for writ of certiorari, filed on March 2, 2012, is hereby

rejected.

DATED: Honolulu, Hawai‘i, April 4, 2012.

Leland B. T. Look on
the application for
Petitioner/Defendant-
Appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W. B. Chang

